DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHANCY MALLORY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2458

[October 17, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 14006917 CF10A.

Chancy Mallory, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Dismissed. See Oser v. State,* 699 So. 2d 844 (Fla. 4th DCA 1997).

GERBER, C.J., LEVINE and FORST, JJ., concur

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***